

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>ALEJANDRO DANIEL CARLOS,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:22-CR-00002-JVS<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __January 19__, __2022__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __January 12, 2022__           Douglas F. McCormick
                                       U.S. ~~District Judge~~/Magistrate Judge